TERRY GLEN TUCKER, ESQUIRE
ATTORNEY AT LAW
80 WEST BROAD STREET
BRIDGETON, NEW JERSEY 08302
(856) 453-7440
Attorney for Defendant(s)

_____

Benjamin Westog
         **Debtor**

_____

: UNITED STATES
: BANKRUPTCY COURT
: FOR THE DISTRICT OF NJ
:CASE NUMBER: 24-1110/ABA
:CIVIL ACTION
:**NOTICE OF MOTION**:
Returnable: March 19, 2024, @ 11:00 am

{all creditors in mailing matrix}

Andrew Finberg, Trustee
535 Rte 38, #580
Cherry Hill, NJ 08002

Office of US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

       **TAKE NOTICE** that the undersigned will apply to the above-named Court, at the Mitchell H. Cohn U.S Courthouse, 400 Cooper Street, Camden, New Jersey, on **March 19, 2024 @ 11:00 am**, or as soon as  counsel may be heard if upon objection, for an Order **Dismissing Chapter 13 Case.**

See Attached Affidavit and Proposed Order.

Oral argument is not requested.

A proposed form of Order is annexed hereto.

Dated: February 14, 2024

                                /s/ Terry Glen Tucker, Esquire