Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−11109−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benjamin Westog
   705 Roadstown Rd
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−6271

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/19/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 20, 2024
JAN: as

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-11109-ABA

Benjamin Westog  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Mar 20, 2024      Form ID: 148      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin Westog, 705 Roadstown Rd, Bridgeton, NJ 08302-6634 |
| cr | | NJR Clean Home Ventures Corporation, 1415 Wyckoff Road, Wall, NJ 07719 |
| 520155005 | + | NJ Clean Energy, PO Box 1468, Belmar, NJ 07719-1468 |
| 520155007 | + | United Wholesale, 585 South Boulevard E, Pontiac, MI 48341-3163 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520155000 | + | EDI: CAPITALONE.COM | Mar 21 2024 00:42:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520155001 | + | EDI: CAPITALONE.COM | Mar 21 2024 00:42:00 | Capital One Auto, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 520158819 | + | EDI: AISACG.COM | Mar 21 2024 00:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520162073 | + | EDI: AIS.COM | Mar 21 2024 00:43:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520155002 | | Email/Text: reports@halstedfinancial.com | Mar 20 2024 20:51:00 | Halsted Financial, PO Box 828, Skokie, IL 60076 |
| 520194874 | | Email/Text: sb_jira_integration@happymoney.com | Mar 20 2024 20:51:00 | Happy Money, 21515 Hawthorne Blvd Suite 200, Torrance, CA 90503 |
| 520155003 | | Email/Text: sb_jira_integration@happymoney.com | Mar 20 2024 20:51:00 | Happy Money Inc., Dept LA 25202, Pasadena, CA 91185 |
| 520155004 | | Email/Text: EBN@Mohela.com | Mar 20 2024 20:51:00 | MOHELA, PO Box 790233, Saint Louis, MO 63179 |
| 520155006 | | Email/Text: jboehler@shorememorial.org | Mar 20 2024 20:52:00 | Shore Memorial Hospital, 1 E. New York Ave., Somers Point, NJ 08244 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew J. Kelly | on behalf of Creditor NJR Clean Home Ventures Corporation akelly@kbtlaw.com  wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Benjamin Westog terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5