| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Terry Tucker Esq-TT8409<br>80 W Broad St<br>Bridgeton, NJ 08302<br>On Behalf of Debtor | Order Filed on March 19, 2024<br>by Clerk<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re: Benjamin Westog | Case No.: 24-11109/ABA<br>Adv. No.:<br>Hearing Date:<br>Judge: |

### Order Allowing Dismissal of Debtor's Chapter 13

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: March 19, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Benjamin Westog
Case No: 24-11109
Caption of Order: Order Allowing Dismissal of Ch 13 case

Upon the Application of Terry Tucker Esq. on behalf of Debtor Benjamin Westog to Allow Dismissal of his Chapter 13 case, and for Good Cause Shown:

IT IS ORDERED AND ADJUDGED THAT: Debtor Bejamin Westog's Chapter 13 case be and is hereby dismissed.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11109-ABA |
| Benjamin Westog | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Benjamin Westog, 705 Roadstown Rd, Bridgeton, NJ 08302-6634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 22, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew J. Kelly | on behalf of Creditor NJR Clean Home Ventures Corporation akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Terry Tucker | on behalf of Debtor Benjamin Westog terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5